UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: ALITA E DURHAM            Case No.  08-32924-KRH
       Debtor(s)               Chapter 13


APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY FOR DEBTOR(S)

       Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $350.00.

       1.  The Attorney has provided services to the Debtor(s) in connection with preparation of filing of a post-confirmation plan modification filed with this Court 1/13/2010 on pursuant to the trustee's motion to dismiss filed with this Court on 12/9/2009.

       2.  Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

       3.  The Attorney is the sole provider of legal services to the Debtor(s).

       4.  The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

       5.  The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

                                               Respectfully Submitted,

                                               /s/ Richard Oulton
                                               Richard Oulton (VSB#29640)
                                               Attorney for Debtor
                                               111 Highland Ave.
                                               Colonial Heights, VA 23834
                                               Tel. (804) 520-2428

Certificate of Service

       I certify that on 2/26/2010, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

                                               /s/ Richard Oulton
                                               Richard Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: ALITA E DURHAM                                    Case No.   08-32924-KRH
            Debtor(s)                                              Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $350.00 for in connection with the filing of a post-confirmation modified plan pursuant to the trustee's motion to dismiss. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 3/19/2010 you or your attorney must:

File a written objection and a copy with the Court at:

United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

Address of attorney for the Debtor(s):         Richard Oulton
                                               111 Highland Ave.
                                               Colonial Heights, VA 23834
                                               Tel. (804) 520-2428


Address of Chapter 13 Trustee:                 Robert E. Hyman
                                               P.O. Box 1780
                                               Richmond, VA 3219-1780


Attend a hearing which will be scheduled at a later date. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

2/26/2010                                      /s/ Richard Oulton
                                               Richard Oulton (VSB#29640)
                                               Attorney for Debtor
                                               111 Highland Ave.
                                               Colonial Heights, VA 23834
                                               Tel. (804) 520-2428

PROOF OF SERVICE

The undersigned hereby certifies that on 2/26/2010**,** the foregoing Notice was served electronically and/or by first class mail, postage prepaid, to the parties on the attached matrix.

/s/ Richard Oulton

**Service Matrix:**

Robert E. Hyman
P.O. Box 1780
Richmond, VA 3219-1780

# Creditors

**Agent Healthcare Financial Svc**
f/k/a Allied Creditor Svc           (8331541)
10 Tara Blvd, Ste 410               (cr)
Nashua, NH 03062-0000

**Alliance One**
4850 Street Road                    (8331542)
Suite 300                           (cr)
Feasterville Trevose, PA 19053-0000

**Bon Secours Richmond Health**
St. Francis Medical Center          (8331543)
P.O. Box 404893                     (cr)
Atlanta, GA 30384-4893

**Bureau Of Collection R**
7575 Corporate Way                  (8331544)
Eden Prairie, MN 55344-0000         (cr)

**CJW Medical Center**
Nat'l Patient Account Svcs          (8331545)
P.O. Box 99008                      (cr)
Bedford, TX 76095-0000

**Collection**
Po Box 773                          (8331546)
Needham, MA 02494-0000              (cr)

**Commonwealth Radiology**  (8331547)
1510 Willow Lawn Dr.  (cr)
Suite 102
Richmond, VA 23230-0000

**Credit Adjustment Bo**  (8331548)
306 East Grace Street  (cr)
Richmond, VA 23219-0000

**Credit One Bank**  (8331549)
Po Box 98875  (cr)
Las Vegas, NV 89193-0000

**Dt Credit**  (8331550)
4020 E Indian School Rd  (cr)
Phoenix, AZ 85018-0000

**DT CREDIT CORP**  (8340517)
PO BOX 29018  (cr)
Phoenix, AZ 85038

**Focused Recovery Solutions**  (8331551)
9701 Metropolitan Court  (cr)
Suite B
Richmond, VA 23236-3690

**Gc Services**  (8331552)
6330 Gulfton  (cr)
Houston, TX 77081-0000

**Gemb/Walmart**  (8331553)
Po Box 981400  (cr)
El Paso, TX 79998-0000

**Hsbc/Bsbuy**  (8331554)
Po Box 15519  (cr)
Wilmington, DE 19850-0000

**Kay Jewelers**  (8331555)
375 Ghent Rd  (cr)
Akron, OH 44333-0000

**LCA Collections**  (8331556)
14113 Liberty Oaks Circle  (cr)
Midlothian, VA 23112-0000

**Lvnv Funding Llc**  (8331557)
Po Box 740281  (cr)
Houston, TX 77274-0000

**LVNV Funding LLC** (8364000)
Resurgent Capital Services (cr)
PO Box 10587
Greenville, SC 29603-0587

**MCV Hospital** (8331558)
P.O. Box 758721 (cr)
Baltimore, MD 21275-8721

**MCV Hospitals** (8331559)
P.O. Box 980462 (cr)
Richmond, VA 23298-0462

**MCV Physicians** (8331560)
of the VCU Health System (cr)
1605 Rhoadmiller Street
Richmond, VA 23220-1100

**Nco Fin/51** (8331561)
Po Box 13574 (cr)
Philadelphia, PA 19101-0000

**Portfolio Recovery Associates** (8764433)
PO Box 41067 (cr)
Norfolk, VA 23541

**Tnb - Target** (8331562)
Po Box 673 (cr)
Minneapolis, MN 55440-0000

**West Asset Management** (8331565)
2703 N Highway 75 (cr)
Sherman, TX 75090-0000

**West Asset Management** (8331564)
2812 Spring Rd Ste 250 (cr)
Atlanta, GA 30339-0000

**West Asset Management** (8331563)
7333 Tam O'Shanter Drive (cr)
Stockton, CA 95210-3300