UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    ALITA E. DURHAM                    Case No. 08-32924-KRH

                                                  Chapter 13

    21300 Franklin Ave.

    Petersburg, VA 23803

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 4843

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY FOR DEBTOR(S)

    Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $400.00.

    1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **11/01/2011** pursuant to the trustee's motion to dismiss filed with this Court on **09/07/2011**.

    2. Fees in the amount of $3,350.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

    3. The Attorney is the sole provider of legal services to the Debtor(s).

    4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

    5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

                                                  Respectfully Submitted,

                                                  /s/ Richard J. Oulton
                                                  Richard J. Oulton (VSB#29640)
                                                  Attorney for Debtor
                                                  111 Highland Ave.
                                                  Colonial Heights, VA 23058
                                                  Tel: (804)520-2428
                                                  Fax: (804)318-3806

Certificate of Service

      I certify that on **04/06/2012**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

                                             /s/ Richard J. Oulton
                                             Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

    ALITA E. DURHAM                            Case No. 08-32924-KRH

                                                                          Chapter 13

    21300 Franklin Ave.

    Petersburg, VA 23803

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., <u>(if any) 4843</u>

**NOTICE OF MOTION**

Debtor by counsel, has filed papers with the court for application for supplemental compensation in this chapter 13 case.

      **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to grant the relief sough in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then or before 04/20/2012 , you or your attorney must:

☑ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                                  Clerk of Court
                                  United States Bankruptcy Court
                                  701 E. Broad St.
                                  Richmond, VA 23219

You must also mail a copy to:

                                The Debt Law Group, PLLC
                                111 Highland Ave
                                Colonial Heights, VA 23834

\_\_\_\_     Attend a hearing to be scheduled at a later date.  You will receive a separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

\_\_\_\_\_    Attend the hearing on the motion (or objection) scheduled to be held on _____ at \_\_\_\_  AM at the United States Bankruptcy Court, 701 E. Broad St, Courtroom , Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 04/06/2012                                                                 _____/s/ Richard J. Oulton
                                                                                                The Debt Law Group, PLLC
                                                                                                111 Highland Ave
                                                                                                Colonial Heights, VA 23834
                                                                                                Ph: 804-520-2428
                                                                                                VA State Bar No: 29640
                                                                                                Counsel for Debtor

Certificate of Service

I hereby certify that I have this [date] mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

                                                                                    \_\_/s/ Richard J. Oulton\_\_
                                                                                              Counsel for Debtor

**Service Matrix:**

**NAME AND ADDRESS OF TRUSTEES**

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780

**ALITA E. DURHAM**
Debtor
**21300 FRANKLIN AVE.
PETERSBURG, VA 23803**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

      ALITA E. DURHAM                             Case No. 08-32924-KRH

                                                                                                   Chapter 13

      21300 Franklin Ave.

      Petersburg, VA 23803

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) 4843

**PROPOSED ORDER APPROVING ATTORNEY COMPENSATION**

      The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $400.00 in connection with the filing of a post-confirmation modified plan pursuant to the trustee's motion to dismiss. There being no objection filed to the application for compensation in this matter to date in the amount of $400.00 and that the Chapter 13 trustee, Robert E. Hyman**,** is authorized to pay an additional $400.00 to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

                                                       UNITED STATES BANKRUPTCY COURT

                                                       By_____
                                                                    Judge

Notice of Order Entered on Docket

_____

I ask for this:
/s/ Richard J. Oulton
Richard J. Oulton, VSB# 29640, Counsel for Debtor
111 Highland Ave.
Colonial Heights, VA 23834
Tel: (804) 520-2428
Fax: 804-318-3806

Seen and agreed

_____
Robert E. Hyman

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Richard J. Oulton
Richard J. Oulton

Please send a copy of this Order to:

**NAME AND ADDRESS OF TRUSTEES**

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780


**ALITA E. DURHAM**
Debtor
**21300 FRANKLIN AVE.**
**PETERSBURG, VA 23803**